IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COREY L. BRACKEN

    Plaintiff,

v.                                                                                                                        No. 1:23-cv-00501-KWR-JFR

SANTA FE POLICE DEPARTMENT, and
ALBERTSONS (UNITED DIVISION),

    Defendants.

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal (**Doc. 7**), entered on **July 17, 2023**, which dismissed all of Plaintiff's claims.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

                                                    **KEA W. RIGGS.**
                                                    **UNITED STATES DISTRICT JUDGE**